# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CARRIE HAHN,

        Appellant

        v.

LAWRENCE COUNTY, THE OFFICE OF OPEN RECORDS, AND OOR APPEAL OFFICER JORDAN DAVIS, ESQ.,

        Appellees

: No. 28 WAP 2025
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW,** this 2nd day of December, 2025, the Notice of Appeal is QUASHED. *See In re Merrick's Estate*, 247 A.2d 786, 787-88 (Pa. 1968) (explaining that an appeal does not lie from an order denying reconsideration); Pa.R.A.P. 1701(b)(3) (providing that the 30-day appeal period will be tolled only by a grant of reconsideration within the time for filing a notice of appeal); *see also* 42 Pa.C.S. § 723(a) (discussing this Court's jurisdiction over appeals from final orders of the Commonwealth Court); Pa.R.A.P. 341(b) (defining final orders). Appellant's "Application for Supersedeas/Stay Pending Appeal" is DISMISSED.